**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


IN THE MATTER OF: BENJAMIN PAUL : No. 66 WM 2025
BROWNLEE : 
 : 
 : 


## ORDER


**PER CURIAM**

**AND NOW**, this 3rd day of September, 2025, the Motion for Extension of Admission to Practice Law Pursuant to Pa.B.A.R. 311(g) is GRANTED, IN PART. To afford Attorney Brownlee time to seek full admission to the Pennsylvania Bar, his Pa.B.A.R. 311 admission is extended to April 30, 2026. *See generally In the Matter of de Laveaga*, 5 WM 2025 (*per curiam* order filed Feb. 12, 2025) (denying a Pa.B.A.R. 311 extension request, with three Justices dissenting); *see also id.* (*per curiam* order filed Mar. 17, 2025) (granting reconsideration and extending the lawyer's temporary admission to afford the lawyer time to seek full admission to the Pennsylvania Bar, with one Justice dissenting); *see id.* (Dougherty, J., joined by two Justices, concurring) (offering that Pa.B.A.R. 311 admittees "are now on fair notice" that their failure to demonstrate good cause for an extension, *see* Pa.B.A.R. 311(g), will no longer be excused based on this Court's past practice); *see also In the Matter of Hart*, 2025 WL 1501819 (Pa. 2025).

Justice Wecht files a dissenting statement.